

*Managing Attorney*
**William F. Guilford, Jr.**

February 23, 2026

**VIA ECF**
Honorable J. Paul Oetken
United States District Court for Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

RE: **Damien "DDOT" Washington v. EVEN Labs Inc., et al. Case No. 1:26-CV-01294 – The Court's Order to Show Cause to Transfer Venue**

Dear Judge Oetken,

This firm represents Plaintiff Damien "DDOT" Washington in above referenced action currently pending before this Court.

We are writing in response to Your Honor's Order dated February 18, 2026, directing Plaintiff to show cause why this action should not be transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). While it is Plaintiff's contention that either of the United States District Courts for the Southern or Eastern Districts of New York may serve as proper venue for this matter, Plaintiff does not oppose and does hereby consent to this matter being transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

Respectfully submitted,

_/s/William Guilford_____
William F. Guilford, Esq.