UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIEN "DDOT" WASHINGTON,
                              Plaintiff,

                  -v-

EVEN LABS INC., *et al.*,
                              Defendants.

26-CV-1294 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 16, 2026, Plaintiff Damien "DDOT" Washington filed this action in the Southern District of New York.  (ECF No. 1.)  However, Plaintiff has failed to allege proper venue in this District, because the complaint alleges only that relevant events took place in New York City without indicating whether those events took place in Manhattan or the Bronx as opposed to Brooklyn, which is where Defendant Enrique "Mag" Rodriguez resides, and which is in the Eastern District of New York.  (*Id.* ¶¶ 8, 10; ECF No. 2 at 2.)  *See* 28 U.S.C. § 1391(b).

On February 18, 2026, the Court ordered Washington to show cause why this case should not be transferred to the Eastern District of New York.  (ECF No. 3.)  On February 23, 2026, Washington filed a letter consenting to transfer to the Eastern District of New York.  (ECF No. 4.)

Accordingly, the Court hereby transfers this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).  *See United States ex rel. Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may exercise the discretion to transfer a case even if a defendant has not requested transfer."); *SongByrd, Inc. v. Est. of Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme

1

Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

The Clerk of Court is directed to remove this case from this Court's docket and transfer it to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: February 25, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

2